# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-02016-ZLW

ARTHUR J. GRIFFIN,

    Applicant,

v.

STATE OF WASHINGTON,

    Respondent.




FILED
UNITED STATES DISTRICT COURT
COLORADO

MAR 17 2008

GR. ....... LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Applicant's "Motion to Amend & Update, Defendant's Motion for Summary Judgment in Closed Cases: Civil Action #1:02-cv-02016-ZLW Motion to Reopen" filed on March 14, 2008, is denied.

Dated: March 17, 2008

Copies of this Minute Order mailed on March 17, 2008, to the following:

Arthur J. Griffin
Prisoner No. 1578195
Denver County Jail
PO Box 1108
Denver, CO 80205

                                _____
                                Secretary/Deputy Clerk